AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida



FILED by _____ D.C.

JUN 2 0 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 17-8237-JmH |
| Jose Israel VILLATORO-RUIZ, | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 16, 2017__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-20-17

_____
*Judge's signature*

City and state: West Palm Beach, FL

James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. JOSE ISRAEL VILLATORO-RUIZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.  I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over thirteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Israel VILLATORO-RUIZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3.  On or about May 16, 2017, Jose Israel VILLATORO-RUIZ was arrested in Palm Beach County, Florida for driving without a license. He was booked and detained at the Palm Beach County Jail, where his fingerprints were entered into the IAFIS system, which showed a positive match for an individual previously removed from the United States, that is Jose Israel VILLATORO-RUIZ.

1

2

4. A review of the immigration alien file assigned to Jose Israel VILLATORO-RUIZ shows that he is a native and citizen of El Salvador. Records further show that on or about February 25, 2013, Jose Israel VILLATORO-RUIZ was ordered removed from the United States. The Order of Removal was executed on or about April 15, 2013, whereby Jose Israel VILLATORO-RUIZ was removed from the United States and returned to El Salvador.

5. A further review of the records show that on or about February 26, 2013, in the United States District Court, Southern District of Texas, Jose Israel VILLATORO-RUIZ was convicted of the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, case number 13-po-02003.

6. Department of Homeland Security, Biometric Support Center Latent Print Examiner Patrick J. Nolte conducted a fingerprint comparison in this case, which confirmed that the individual encountered on or about May 16, 2017, that is Jose Israel VILLATORO-RUIZ, was the same person previously removed from the United States.

7. I performed a record check in the Computer Linked Application Informational Management System to determine if Jose Israel VILLATORO-RUIZ filed an application for permission to reapply for admission into the United States after deportation or removal, and found that no record existed indicating that Jose Israel VILLATORO-RUIZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. On or about June 20, 2017, Deportation Officer Cynthia Alcocer took a sworn statement from Jose Israel VILLATORO-RUIZ, who admitted post-Miranda that he is a native of El Salvador. He further admitted to last entering into the United States illegally about 2013, after being previously removed from the United States in 2013, and that he did not seek permission from the U.S. government to re-enter the United States.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about May 16, 2017, Jose Israel VILLATORO-RUIZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 20 day of June 2017.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Jose Israel VILLATORO-RUIZ

**Case No:** 17-8037-JmH

Count #: 1

Illegal re-entry after deportation

Title 8 U.S.C. § 1326(a)

\* **Max.Penalty:**  up to 2 Years Imprisonment; 1 Year Supervised Release; $250,000 Fine, $100 special assessment

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 17-8237-JMH

UNITED STATES OF AMERICA

vs.

Jose Israel VILLATORO-RUIZ,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  __ Yes  X  No

        Respectfully submitted,

        BENJAMIN A. GREENBERG
        ACTING UNITED STATES ATTORNEY

BY: _____
        SUSAN OSBORNE
        ASSISTANT UNITED STATES ATTORNEY
        Court Identification No. A5500797
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        (561) 820-8711
        (561) 805-9846 (FAX)